■ In the Matter of Louise Neathway, Petitioner, v Daniel Conviser et al., Respondents. [993 NYS2d 523]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Sweeny, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Clark, JJ.

■ 2350 Fifth Avenue LLC, Respondent, v 2350 Fifth Avenue Corporation, Appellant. [993 NYS2d 522]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Edward Lehner, J.), entered on or about February 13, 2009, and said appeal having been stayed at the call of the calendar, and correspondence from counsel having been filed on September 8, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn. Concur—Mazzarelli, J.P., Friedman, Renwick and Richter, JJ.